UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | |
|---|---|
| LEO B. CHARLTON | : Case No. 1:14CV2786 |
| Plaintiff, | : |
| | : Judge Donald C. Nugent |
| v. | : |
| DAIICHI SANKYO, INC., ET AL | : |
| Defendants. | : |

**PLAINTIFF'S MOTION TO STAY PROCEEDINGS
PENDING A RULING ON THE MOTION FOR TRANSFER OF ACTIONS
PURSUANT TO 28 U.S.C. § 1407**

Now comes Plaintiff Leo B. Charlton, by and through undersigned counsel, and hereby moves this Honorable Court for an order staying this case pending a ruling on the motion before the Judicial Panel on Multidistrict Litigation ("MDL Panel") for transfer of related actions pursuant to 28 U.S.C. § 1407.  The MDL Panel is expected to hear the motion at the upcoming hearing session on March 26, 2015 and render a decision two weeks later.  (A copy of the motion to transfer and supporting brief is attached hereto.)  A stay would conserve judicial resources and promote the consistency of results that multidistrict litigation is designed to achieve.  A memorandum in support of this motion is attached.

Dated: January 15, 2015

Respectfully submitted,

s/Peter H. Weinberger
PETER H. WEINBERGER (0022076)
PETER J. BRODHEAD (0006733)
SPANGENBERG SHIBLEY & LIBER, LLP
1001 Lakeside Avenue East, Suite 1700
Cleveland, Ohio 44114
216.696.3924 (fax)
pweinberger@spanglaw.com
pbrodhead@spanglaw.com

COUNSEL FOR PLAINTIFF

OF COUNSEL:

Daniel A. Nigh, Esq.
LEVIN, PAPANTONIO, THOMAS,
MITCHELL, RAFFERTY & PROCTOR, PA
316 S. Baylen Street, Suite 600
Pensacola, Florida 32502
Telephone: (850) 435-7000
Facsimile: (850) 435-7020

## CERTIFICATE OF SERVICE

      I hereby certify that a copy of the foregoing was filed electronically on January 15, 2015. Notice of this filing will be sent to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

                              s/Peter H. Weinberger
                              Peter H. Weinberger
                              Peter J. Brodhead

                              Counsel for Plaintiff