UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | |
|---|---|
| LEO B. CHARLTON, ) | Case No. 1:14 CV 2786 |
| ) | |
| Plaintiff, ) | JUDGE DONALD C. NUGENT |
| vs. ) | |
| ) | ORDER |
| DAIICHI SANKYO, INC., *et al.*, ) | |
| ) | |
| Defendants. ) | |

This matter is before the Court on Plaintiff's Motion to Stay Proceedings pending a ruling on the Motion for Transfer of Actions pursuant to 28 U.S.C. § 1407 (ECF #16) Also before the Court is Defendants' Motion to Transfer Case to the docket of Judge Pearson, who has a number of related cases. (ECF #11) Judge Pearson has granted Plaintiff's Motion to Stay in the cases pending on her docket over the objection of the Defendants. Based upon the information before the Court, Plaintiff's Motion to Stay pending ruling on the motion before the Judicial Panel on Multidistrict Litigation is granted. (ECF #16) Defendants' Motion to Transfer is denied as moot. (ECF #11) Plaintiff is instructed to file a notice informing the Court of the MDL Panel's decision as soon as it is issued. In any event, Plaintiff is instructed to file a brief status report with this Court every 30 days beginning on April 30, 2015. This action is stayed.

IT IS SO ORDERED.

DATED: January 21, 2015

Donald C. Nugent
DONALD C. NUGENT
UNITED STATES DISTRICT JUDGE